UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CV-03-0389-LRS |
| vs. | ) | |
| $3,060.24 U.S. CURRENCY FROM US BANK ACCOUNT # XXXXXXXX6807; and, $600,365.47 U.S. CURRENCY, | ) ) ) | Final Decree of Forfeiture and Certificate of Reasonable Cause |
| Defendant. | ) | |

Plaintiff, United States of America, filed a Verified Complaint for Forfeiture In Rem on October 28, 2003, alleging that the defendant property was subject to forfeiture to the United States pursuant to 18 U.S.C. § 2344(c) and 18 U.S.C. § 981(a)(1)(A).

The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property is legally described in the Verified Complaint for Forfeiture In Rem, filed herein.

David Z. Bean d/b/a Indian Smoke Shop is the only person who has appeared in this matter with an interest to the Defendant property.

Decree of Forfeiture - 1

In a Stipulation for Decree of Forfeiture, filed on February 17, 2006, David Z. Bean, d/b/a Indian Smoke Shop, agreed to forfeit any and all interest and claim to the defendant property described in the Verified Complaint. David Bean also agreed in said Stipulation for Decree of Forfeiture to the entry of a decree of forfeiture, without further notice or hearing.  Finally, David Bean agreed to the entry of a Certificate of Reasonable Cause in this action, pursuant to 28 U.S.C. § 2465.

It appearing to the Court that the United States and David Z. Bean agreed, in the stipulation filed herein, to the forfeiture of the Defendant property;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that all United States currency funds or other monetary instruments credited to U.S. Bank account number XXXXXXXX6807, in the amount of $3,060.24, in the name of David Bean d/b/a Indian Smoke Shop; and $600,365.47 in U.S. Currency is hereby forfeited to the United States; and it is

**ORDERED, ADJUDGED, and DECREED** that all claims and interests in and to the forfeited portion of the Defendant currency are forever foreclosed and barred and said property shall be disposed of according to law; and it is

**ORDERED, ADJUDGED, and DECREED** that the United States of America had reasonable cause for the seizure of the Defendant currency herein, and this Order shall constitute a certificate of reasonable cause for the purposes of Title 28 U.S.C. § 2465; and it is further

///

///

Decree of Forfeiture - 2

1  **ORDERED, ADJUDGED and DECREED** that the above-styled cause be
2  and the same is hereby dismissed with prejudice, each party to bear
3  its own fees and other expenses.
4     The District Court Executive is directed to enter this Order,
5  provide copies to counsel, and **CLOSE THE FILE**.
6     DATED this 2nd day of March, 2006.

                                    *s/Lonny R. Suko*
                            _____
                                 LONNY R. SUKO
                            United States District Judge

Decree of Forfeiture - 3